# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ____ O.C.

05 JUN 13 AM 11: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**MICHAEL JAY DULIN,**

    **Plaintiff,**

v.

**GEORGE H. BROWN, JR., et al.,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2809-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on June 9, 2005, this cause is hereby dismissed.

**APPROVED:**

*/s/ J. Daniel Breen*
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

6/13/05
Date

**ROBERT R. DI TROLIO**

Clerk of Court

*/s/*
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __6-14-05__

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:04-CV-02809 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Michael Jay Dulin
95 Estate Drive
Eads, TN 38028

Honorable J. Breen
US DISTRICT COURT